# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY ROBB,<br>TARYN PIANO,<br>TAYLOR PLOUSE,<br>JACQUELYN BINGHAM,<br>TAMIA ROACH,<br>MACKENZIE FARLEY,<br>KAYLA BRATHWAITE, and<br>ALICE MARONEY,<br><br>      Plaintiffs,<br><br>v.<br><br>LOCK HAVEN UNIVERSITY OF PENNSYLVANIA,<br><br>      Defendant. | No. 4:17-CV-00964<br><br>(Judge Brann) |

## ORDER

**MAY 7, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Certify Class, ECF No. 60, is **DENIED WITHOUT PREJUDICE**.

2. Plaintiffs' Motion for Reconsideration, ECF No. 109, is **DENIED**.

3. Defendant's Motion for Summary Judgment, ECF No. 117, is **DENIED**.

4. Plaintiffs' Motion for Summary Judgment, ECF No. 119, is **DENIED**.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            United States District Judge