IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY ROBB, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA, | : No. 17-964 |
| Defendant. | : |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Plaintiffs EMILY ROBB, TARYN PIANO, TAYLOR PLOUSE, MACKENZIE FARLEY, KAYLA BRATHWAITE, and ALICE MARONEY ("Plaintiffs"), and Defendant LOCK HAVEN UNIVERSITY OF PENNSYLVANIA ("LHU") (together "the Parties") jointly move for an order approving the attached Settlement Agreement ("Agreement") attached hereto as Exhibit A. In support of their motion, the movants state:

1. Plaintiffs initiated this action in the United States District Court for the Middle District of Pennsylvania on June 2, 2017, alleging that LHU failed to provide equitable varsity athletic participation opportunities and benefits for its female students.

2. Plaintiffs filed a motion for class certification, which the District Court denied, and the Third Circuit granted Plaintiffs' petition for leave to appeal the ruling, and the appeal is currently pending.

3. The Parties have vigorously litigated the lawsuit, including significant discovery and motion practice.

4. The Parties recently agreed to a referral to Chief Magistrate Judge Schwab to pursue settlement discussions.

5. After intensive settlement discussions facilitated by Chief Magistrate Judge Schwab, the Parties have entered into an Agreement which fairly and reasonably resolves the Title IX athletic equity claims raised in the action on behalf of Plaintiff and current and future women students through binding commitments by LHU with respect to supporting increased athletic opportunities for female students, maintaining an NCAA Division I women's team so long as LHU sponsor's a Division I men's team, improving treatment, and benefits for women's athletics, including with respect to financial assistance, publicity, and facilities and other support for women's athletics, and payment of attorney fees and costs to Plaintiffs' counsel, in exchange for which Plaintiffs have released LHU from all claims until and including the date of this Agreement, without admission of liability or concession to defenses, as set forth in Exhibit A.

6. The Parties agree that the agreements set forth in the Settlement Agreement afford fair, adequate and reasonable relief that benefits Plaintiffs and current and future female students of LHU, the intended beneficiaries plaintiffs sought to benefit by seeking class certification. It provides additional athletic opportunities, publicity, athletic financial assistance, and improved facilities to current and future students.

7. Therefore, in the interest of avoiding unnecessary additional litigation, the agreement provides for withdrawal of Plaintiffs' appeal to the Third Circuit Court of Appeals upon Court approval of the Agreement.

8. The Parties agree that the Court will retain jurisdiction until LHU fully complies with Paragraph 1 of the Agreement or June 30, 2024, whichever is sooner, for enforcement purposes only for the benefit of Plaintiffs and current and future female students of LHU through a dispute resolution process set forth in the Agreement.

WHEREFORE, the Parties respectfully request that the Court Grant this Motion and issue an Order that:

1. Approves the Settlement Agreement attached hereto as Exhibit A without including in the Order any terms of the Agreement except for the provision that the Court will retain jurisdiction for enforcement purposes;

2.  Retains jurisdiction for enforcement of the Agreement until LHU fully complies with Paragraph 1 of the Agreement or June 30, 2024, whichever is sooner; and

3.  Subject to the Court's retention of jurisdiction pursuant to the terms of the Agreement, upon the approval of this Agreement, orders the Clerk to administratively close this case.

Respectfully submitted,

/s/ Kathleen V. Yurchak, Esquire
Kathleen Yurchak, Esquire
Steinbacher, Goodall & Yurchak
328 South Atherton St.
State College, PA 16801
Tel: 814-237-4100
Email: yurchak@centrelaw.com

/s/ Terry L. Fromson, Esquire
Terry L. Fromson, Esquire
WOMEN'S LAW PROJECT
125 S. 9th Street, Suite 300
Philadelphia, PA 19107
Tel: 215-928-5771
Fax: 215-928-9848
Email: tfromson@womenslawproject.org

/s/ Amal Bass, Esquire
Amal Bass, Esquire
WOMEN'S LAW PROJECT
125 S. 9th Street, Suite 300
Philadelphia, PA 19107

Tel: 215-928-5772
Fax: 215-928-9848
Email: abass@womenslawproject.org
*Counsel for Plaintiffs*


JOSH SHAPIRO
Attorney General

By: /s/ Lindsey Bedell Esquire
Lindsey Bedell
Deputy Attorney General
PA Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 772-3561
E-mail lbedell@attorneygeneral.gov

/s/ Nicole R. DiTomo Esquire
Nicole R. DiTomo
Deputy Attorney General
Office of Attorney General
1000 Madison Avenue, Suite 310
Norristown, PA 19403
Phone: (610) 631-6205
E-mail nditomo@attorneygeneral.gov
*Counsel for Defendant*

Date: January 13, 2019