# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **EMILY ROBB, et al.,** : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 17-964 |
| **LOCK HAVEN UNIVERSITY OF PENNSYLVANIA,** : | |
| Defendant. : | |

## ORDER

**AND NOW,** this 15th day of January 2020, upon consideration of the Parties' Joint Motion to Approve Settlement Agreement, **IT IS HEREBY ORDERED** that:

1. The Joint Motion is **GRANTED**;

2. The Court approves the Settlement Agreement attached to the Joint Motion as Exhibit A;

3. The Court retains jurisdiction for enforcement of the Settlement Agreement until LHU fully complies with Paragraph 1 of the Agreement or June 30, 2024, whichever is sooner;

4.    The Parties will communicate with the Court if LHU achieves full compliance with Paragraph 1 of the Settlement Agreement before June 30, 2024; and

5.    The Clerk is instructed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
United State District Judge